| | |
|---|---|
| Amster v. Freedlander | 19550 |
| B. & O. Rd. Co. v. Pub. Util. Comm... | 19574 |
| Cain Bros. Bus· Co. v Pub. Util. Comm.. | 19572 |
| Cleve. & East. Tran. Co. v. Pub. Util. Comm. | 19569 |
| Col. Del. & Mar. Eletc. Co. v. Pub. Ut. Comm. | 19567 |
| Costine, Admr. v. Kennedy | 19558 |
| Dayton Bd. of Ed. v. State ex | 19573 |
| Dill Mfg. Co. v. Zancink | 19564 |
| Det. Tol. & I. Rd. Co. v. Putnam Bd. Comm. | 19568 |
| Early v. Co.-Oper. Milk Assoc | 19553 |
| Eversman v. Shipman Co | 19554 |
| Findlay (City) v. Associates Inv Co... | 19570 |
| Hale v. Kennedy | 19574 |
| Herberich Realty Co. v. Rogers | 19560 |
| Hozsuch v. St. Clair. Cem. Ass'n | 19559 |
| Johnson, Exc. v. Johnson et | 19565 |
| Luthi Bros. v. Stewart et | 19555 |
| Milano, Admr. v. Peoples Ry. Co | 19571 |
| Price v. Hobacker Fur. Co | 19556 |
| Rogers v. Abbott et | 19557 |
| Simmonds v. Park Co. | 19562 |
| State v. Joseph | 19563 |
| State v. Tipton | 19566 |
| Szymanski v. Davis | 19551 |
| West. Ohio Rd. Co. v. Pub. Util. Comm. | 19561 |

### JAN. 9, 1926

19550—Nick Amster v. Herman Freedlander; motion for Wayne Appeals to certify. A. D. Metz, Wooster; M. M. Greensberger; Musser, Kimber & Huffman, Akron, for pltf; Weygandt & Ross, Wooster, for deft.

19551—Joseph A. Szymanski v. James C. Davis; motion for Belmont Appeals to certify. C. C. Sedgwick, Bellaire, for pltf; N. K. Kennon, St. Clairsville, for deft.

19552—Miller's Mutual Fire Insurance Assn. of Illinois v. Ohio & Michigan Paper Co.; motion for Lucas Appeals to certify. Miller, Brady, Yager & Leidy, Toledo, for pltf; Tyler, McMahon, Smith & Wilson, Toledo, for deft.

19553—Earnest R. Early v. Cooperative Pure Milk Assn; motion for Butler Appeals to certify. Andrews, Andrews & Rogers; Walton S. Bowers, Hamilton, for pltf; Edward J. Tracy, W. C. Shepherd, B. F. Harwitz, Hamilton, for deft.

19554—George Eversman v. Ray Shipman Co.; motion for Butler Appeals to certify. Andrews, Andrews & Rogers, Hamilton; Roettinger & Street, Cincinnati, for pltf; J. Arthur Meyer, Cincinnati, for deft.

### JAN. 11, 1926

19555—Luthi Bros., a partnership, v. Stewart and Ward, a partnership; motion for Belmont Appeals to certify. D. D. DuBois, Bellaire, for pltf; Cooper, Belt, Cooper & Witten, Bellaire, for deft.

19556—Chas. H. Price v. Hobacker Furniture Co.; motion for Lucas Appeals to certify. O. S. Brumback, J. S. Brumback, Toledo, for pltf; Tyler, McMahon & Smith, Toledo, for deft.

19557—Geo. W. Rogers, receiver of Portage Construction & Finance Co. v. Gardner Abbott and Wm. L. David, receivers of Cleveland Discount Co.; motion for Summit Appeals to certify. Doolittle, Foust & Holden, Akron, for pltf; Ulmer and Berne, Cleveland, Herberich, Burroughs & Bailey, Akron, for deft.

19558—John E. Costine, administrator, de bonis non of the estate of Wm. Patterson, deceased, v. Newell K. Kennon; motion for Belmont Appeals to certify. T. C. Ayres, St. Clairsville, for pltf; N. K. Kennon, St. Clairsville, for deft.

19559—Andy Hozsuch v. St. Clairsville Union Cemetery Association; motion for Belmont Appeals to certify. N. K. Kennon, St. Clairsville, for pltf; Thornburg & Lewis, St. Clairsville, for deft.

### JAN. 12, 1926

19560—Herberich Realty Co. v. Geo. W. Rogers, receiver of the Portage Construction & Finance Co., William L. David and Gardner Abbott, receivers of Cleveland Discount Co. and The Midland Bank; motion for Summit Appeals to certify. Heberich, Burroughs, & Bailey, Akron, for pltf; Wilkin, Cross & Davis, Cleveland; Burch, Bacon & Denlinger, Akron, for defts.

19561—Western Ohio Railroad Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. J. H. Goeke, Lima, for pltf; C. C. Crabbe, J. W. Bricker, Columbus, for deft.

19562—Frank W. Simmonds v. Lakeview Park Co., Union National Bank of Fostoria and Stophlet and Stophlet, a partnership; motion for Huron Appeals to certify. B. F. James, Bowling Green, for pltf; O. R. Wade, Fostoria, for deft.

19563—State of Ohio v. Henry Joseph; motion for leave to file petition in error to the Hamilton Appeals. C. S. Bell, D. M. Outcalt, Cincinnati, for pltf; A. R. Hoffman, L. A. Burke, Cincinnati, for deft.

### JAN. 13, 1926

19564—Dill Mfg. Co. v. Emil Zancink; motion for Cuyahoga Appeals to certify. W. H. McMorris, E. J. Parker, Cleveland, for pltf; Spear, Godfrey & Spear, Cleveland, for deft.

### JAN. 14, 1926

19565—Chas. F. Johnson, executor of the estate of Mary J. Galbreath v. Annie Johnson, Nettie Johnson, Lizzie Johnson Reed, Ella

Grimes, Leroy Grimes executor of the estate of Mary J. Galbreath and The Alliance First National Bank as testamentary trustee; motion for Stark Appeals to certify. V. L. Fishel, Alliance, and L. E. Sowers, Canton, for pltf; Hart & Koehler, Alliance, for defts.